James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 W. Monroe St., Ste.1120
Chicago, IL  60603
Telephone: (312) 578-0990
jschultz@sessions-law.biz

Attorneys for Defendant National Collegiate Student Loan Trust 2007-3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRICIA BENAVENTE, and ANDRESINA BENAVENTE,<br><br>              Plaintiffs,<br>       vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3, A DELAWARE STATUTORY TRUST(S), and PATENAUDE & FELIX, A.P.C,<br><br>              Defendants. | Case No.  14-CV-01992-GMN-VCF<br><br>JOINT MOTION TO TRANSFER AND CONSOLIDATE CLASS ACTION CASE |
| DAWN ZOERB, Individually and On Behalf of Others Similarly Situated,<br><br>              Plaintiff,<br>       vs.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, A Delaware Statutory Trust(s); and, LAW OFFICES OF PATENAUDE & FELIX, A.P.C.,<br>              Defendants. | Case No.:  14-cv-00468-BAS-KSC |

IT IS HEREBY STIPULATED AND CONSENTED BY AND BETWEEN THE PARTIES, Plaintiffs Tricia Benavente and Andresina Benavente ("Plaintiffs") and Defendants National Collegiate Student Loan Trust 2007-3 and the Law Offices of Patenaude & Felix, A.P.C. ("Defendants"), through undersigned counsel, to transfer the above-referenced case entitled *Benavente v. National Collegiate Student Loan Trust 2007-3, et al.,* Case No. 14-CV-01992-GMN-VCF (D. Nev) to the U.S. District Court for the Southern District of California, and to consolidate the action with the pending action entitled *Zoerb v. National Collegiate Student Loan Trust 2006-3, et al.*, Case No. 14-cv-00468-BAS-KSC (S.D. Cal.).

WHEREAS, for the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.  28 U.S.C. § 1404(a).

WHEREAS the civil action filed by Plaintiffs involves common defendants and common questions of law and fact as to *Zoerb v. National Collegiate Student Loan Trust 2006-3 et al.,* Case No. 14-cv-00468-BAS-KSC (S.D. Cal.).

WHEREAS all parties are actively engaging in good faith settlement negotiations.

WHEREAS all parties have recently reached a tentative settlement agreement in *Zoerb v. National Collegiate Student Loan Trust 2006-3 et al.,* Case No. 14-cv-00468-BAS-KSC (S.D. Cal.), which seeks to include the claims raised by Plaintiffs.

WHEREAS, upon transfer, Plaintiffs' class action case should be consolidated under *Zoerb v. National Collegiate Student Loan Trust 2006-3 et al.,* Case No. 14-cv-00468-BAS-KSC (S.D. Cal.).

WHEREAS counsel for Plaintiffs and Defendants certify by their signatures below that upon filing this document it has been deemed acceptable to all persons required to sign, and each have authorized the use of their electronic signature.

IT IS SO STIPULATED.

KAZEROUNI LAW GROUP, APC

Dated: May 4, 2015		/s/Danny Horen
					Danny Horen
					Attorney for Plaintiffs
					Tricia Benavente and Andresina Benavente

Dated: May 4, 2015		SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.

					/s/James K. Shultz
					James K. Shultz
					Attorney for Defendant
					National Collegiate Student Loan Trust 2007-3

Dated: May 4, 2015		PATENAUDE & FELIX A.P.C.

					/s/Westley Villanueva
					Westley Villanueva
					Attorney for Defendant
					Patenaude & Felix, APC

The Clerk of Court is directed to close this case.

### **ORDER**

IT IS SO ORDERED.   _____
					HON. CAM FERENBACH
					UNITED STATES MAGISTRATE JUDGE